In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00077-CV
_____

**VICTOR HO, JEFF THOMPSON, AND SHERRY WILLIAMS, Appellants**

**V.**

**JENNIFER LEE JOHNSON, INDIVIDUALLY AND AS NEXT FRIEND OF JARELL LEE, A MINOR, Appellee**

**On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-187,529**

**ORDER**

On February 6, 2015, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West 2015); *see also* Tex. R. Civ. P. 168. On February 20, 2015, Victor Ho, Jeff Thompson, and Sherry Williams filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a).

1

In a response filed on February 25, 2015, Jennifer Lee Johnson, Individually and as next friend of Jarell Lee, a Minor, concurs that this is an appropriate case for allowing a permissive appeal. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition for permissive appeal of the trial court's order of February 6, 2015. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See* Tex. R. App. P. 28.3(k). The record is due March 13, 2015. *See* Tex. R. App. P. 35.1(b). The brief of the appellants is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellants. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED March 3, 2015.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.